# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARRY EALY,

       Plaintiff,       :       Case No. 3:08-cv-193

                                    District Judge Thomas M. Rose
   -vs-                                Chief Magistrate Judge Michael R. Merz

                                :

PRESIDING JUDGE HARRY
 H. WOLFF, et al.,

       Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 2, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that because this case comes within the *Younger* abstention doctrine, it is hereby dismissed without prejudice.

July 7, 2008.                                                    **THOMAS M. ROSE**

                                                               _____
                                                                   Thomas M. Rose
                                                              United States District Judge